IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**TRALISE BARTON**                                                                 **PLAINTIFF**

vs.                              No. 5:20-cv-649-DAE

**REGENCY 116 MANAGEMENT, LLC,**                         **DEFENDANTS**
**JEFFREY OVERTON and NICHOLAS YARNALL**

## NOTICE OF SETTLEMENT

The purpose of this Notice of Settlement is to apprise the Court that prior to service of this lawsuit, Plaintiff and Defendants reached a settlement in principle that resolves all claims asserted in this matter. The parties are in the process of executing the Settlement Agreement and Plaintiff expects to file a Notice of Dismissal within fourteen days from the filing of this Notice of Settlement.

Respectfully submitted,

**PLAINTIFF TRALISE BARTON**

SANFORD LAW FIRM, PLLC
One Financial Center
650 South Shackleford, Suite 411
Little Rock, Arkansas 72211
Telephone: (800) 615-4946
Facsimile: (888) 787-2040

*/s/ Josh Sanford*
Josh Sanford
Tex. Bar No. 24077858
josh@sanfordlawfirm.com