IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**TRALISE BARTON**                                                                                       **PLAINTIFF**

vs.                                            No. 5:20-cv-649-DAE

**REGENCY 116 MANAGEMENT, LLC,**                                            **DEFENDANTS**
**JEFFREY OVERTON and NICHOLAS YARNALL**

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Tralise Barton stipulates to the dismissal with prejudice of the above-captioned lawsuit.

        Respectfully submitted,

        **PLAINTIFF TRALISE BARTON**

        SANFORD LAW FIRM, PLLC
        One Financial Center
        650 South Shackleford, Suite 411
        Little Rock, Arkansas 72211
        Telephone: (800) 615-4946
        Facsimile: (888) 787-2040

        */s/ Josh Sanford*
        Josh Sanford
        Tex. Bar No. 24077858
        josh@sanfordlawfirm.com

        Merideth Q. McEntire
        Tex. Bar No. 24105123
        merideth@sanfordlawfirm.com